EISENBERG & BAUM

May 13, 2019

**By ECF**
The Honorable Lorna Schofield
Thurgood Marshall United States District Court
40 Foley Square
New York, NY 10007

Re: *Kenneth Frilando v. New York City Transit Authority, et. al.*
Docket No. 18-CV-5204

Dear Judge Schofield:

This office represents Plaintiff Kenneth Frilando in the above-entitled action. Pursuant to this Court's order [ECF 36], the parties in this matter scheduled a mediation before court-appointed mediator Douglas White on May 14, 2019 at 10:00 a.m..

On May 8, 2019, Defendant's counsel notified Plaintiff's counsel that Defendant did not have settlement authority to negotiate with any monetary component, which has been a partial component of Plaintiff's settlement demand throughout the litigation of the case. Defendant's counsel subsequently notified Mr. White that Defendant did not have such authority and that the case was unlikely to settle in mediation. On May 10, 2019, Defendants' counsel further clarified that Defendant is also not currently authorized to negotiate equitable relief, which is also a key part of Plaintiff's demand. Plaintiff was ready and willing to go forward with the previously-scheduled mediation. However, based on Defendant's stated settlement position, mediation will not be an efficient use of the resources for the parties or the Court.

The parties, thus, ask that the Court cancel the mediation previously scheduled for May 14, 2019. Thank you for your attention to this matter.

EISENBERG & BAUM, LLP
By:

Andrew Rozynski, Esq.
24 Union Square East, Fourth Floor
New York, NY 10003
(212) 353-8700

CC: Alexis Downs
Executive Agency Counsel
New York City Transit Authority
130 Livingston Street, 12th Floor
Brooklyn, New York 11201