UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KENNETH FRILANDO,**<br><br>                              **Plaintiff,**<br>v.<br><br>**METROPOLITAN TRANSIT AUTHORITY, NEW YORK CITY TRANSIT AUTHORITY, and MANHATTAN AND BRONX SURFACE OPERATING AUTHORITY,**<br><br>                              **Defendants.** | **18-CV-5204 (LGS)**<br><br>**DECLARATION IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

ALEXIS DOWNS an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am an Executive Agency Counsel in the Office of the General Counsel for the New York City Transit Authority, attorney for defendants New York City Transit Authority and Manhattan and Bronx Surface Transit Operating Authority (together, "Defendants") in this action.  I submit this declaration in support of Defendants' motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

2.    The documents listed below are provided in support of Defendants' motion for summary judgment and consist of transcripts of deposition testimony, documents and electronically stored information produced by the parties, and other material that is part of the records in this matter.

| | |
|---|---|
| Exhibit "A" | Excerpts of the deposition testimony of Plaintiff Kenneth Frilando, taken March 21, 2019 ("Pl. Dep."). |
| Exhibit "B" | Excerpts of the deposition testimony of Robert Alexander, taken March 13, 2019 ("Alexander Dep."). |
| Exhibit "C" | Excerpts of the deposition testimony of Michael Quiery, |

            taken February 13, 2019 ("Quiery Dep.").

| | |
|---|---|
| Exhibit "D" | DCAS Memorandum of Understanding ("MOU") |
| Exhibit "E" | Instructions for Exam Accommodation Requests ("Special Circumstances"), Bates Nos. DEFENDANTS 000022-DEFENDANTS 000024. |
| Exhibit "F" | Notice of Examination, Train Operator, Exam No. 7604 |
| Exhibit "G" | Notice of Examination, Bus Operator, Exam No. 7105 |
| Exhibit "H" | Notice of Examination, Track Worker, Exam No. 8600 |
| Exhibit "I" | DCAS General Examination Regulations |
| Exhibit "J" | Excerpts from Job Analysis Reports |
| Exhibit "K" | Plaintiff's Resume, Bates Nos. PLA000035-PLA000036. |
| Exhibit "L" | Email correspondence between Plaintiff and the Exam Unit, Bates Nos. PLA000024 – PLA000026. |
| Exhibit "M" | Letter from Plaintiff's doctor |
| Exhibit "N" | EEOC Charge of Discrimination (Intake Questionnaire) |
| Exhibit "O" | Email correspondence from Exam Unit to Plaintiff, dated August 31, 2018, Bates No. PLA000001 |

Dated: Brooklyn, New York  
   July 29, 2019      By:    _s/ Alexis Downs_____  
                     Executive Agency Counsel  
                     New York City Transit Authority  
                     130 Livingston Street, 12th Floor  
                     Brooklyn, New York 11201  
                     Tel: (718) 694-5766  
                     Fax: (718) 694-5727  
                     alexis.downs@nyct.com