# EXHIBIT "B"

```
 1
 2  UNITED STATES DISTRICT COURT.
    SOUTHERN DISTRICT OF NEW YORK
 3  ------------------------------------------x
 4  KENNETH FRILANDO,
 5                 Plaintiff,
 6   -against-                        No. 18-5204
 7
 8  NEW YORK CITY TRANSIT AUTHORITY,
    and MANHATTAN and BRONX SURFACE
 9  OPERATING AUTHORITY
10                 Defendants.
11  ------------------------------------------x
12                        24 Union Square East
                          New York, New York
13
                          March 13, 2019
14                        12:36 p.m.
15
16     DEPOSITION of ROBERT ALEXANDER, a 30(b)(6)
17  witness for the Defendant, taken by the
18  Plaintiff, pursuant to Notice, held at the above
19  time and place, taken before Shechinah Jackson,
20  a Shorthand Reporter and Notary Public of the
21  State of New York.
22
23
24          LH REPORTING SERVICE, INC.
              Computer-Aided Transcription
25                   718-526-7100
```

1                R. ALEXANDER

2        A.   Yes, I have staff.

3        Q.   How many staff members do you oversee?

4        A.   I have eight direct reports and

5   probably in the neighborhood of a total of one

6   hundred employees in my group.

7        Q.   Who is your supervisor?

8        A.   Barbara Dannenberg.

9        Q.   What is her position?

10       A.   She's a deputy commissioner of the

11  Human Capital Line of Services.

12       Q.   Have you held any other positions at

13  DCAS other than senior director?

14       A.   Yes, I was test and measurement

15  specialist which is basically examine developer

16  and then I was also a supervisor of the

17  application process and unit.

18       Q.   How many years in total have you

19  worked in DCAS?

20       A.   14 on June 12th.

21       Q.   Does DCAS has any oversight rules over

22  the testing administration process of the

23  transit civil service exam?

24       A.   Yes, they are bound by our rules.

25       Q.   How are your rules propagated to the

1            R. ALEXANDER
2    transit testing administration?
3        A.  We have a document called the "General
4    Examination Regulations" that lays out most of
5    the processes in which we abide by.  We have
6    supplemental documents such as the "Special
7    Circumstances Guide" which provides additional
8    detail.  And then Civil Service Law which is
9    not maintained by us, but they are also
10   responsible and guided by.
11           MS. KARNES:  Please read back his
12       last answer.
13           (The requested portion of the record
14       was read by the reporter.)
15       Q.  Okay.  So, there is a document with
16   the general exam rules?
17       A.  Yes.
18       Q.  What is contained in that document?
19       A.  Basically everything about the exam
20   process; the filing fee structure, makeup
21   criteria for different categories, special
22   accommodations for different categories.
23   Basically everything about the testing process
24   is outlined in that.
25       Q.  How is that provided to New York City

```
 1                       R. ALEXANDER
 2     that.
 3          Q.   Do you know with what agency you have
 4     a contract?
 5          A.   It's a requirements contract.  I don't
 6     do contractual business.
 7          Q.   Have you ever, yourself, have you ever
 8     contacted an interpreter?
 9          A.   We do.
10          Q.   When did you contact an interpreter?
11          A.   Spring of '17.
12          Q.   In what language was that?
13          A.   ASL.
14          Q.   Did you contact the interpreter
15     directly or one of your staff?
16          A.   I may have had some meetings with them
17     or phone calls with them, but someone made the
18     contact.
19          Q.   Do you know what case that was for?
20          A.   Kenneth Frilando, sanitation worker.
21          Q.   Do you recall having any conversation
22     with anyone from the New York City Transit
23     Authority regarding Mr. Frilando's case?
24          A.   Yes.  When they received, I guess, a
25     similar request on his end, they reached out to
```

```
 1                    R. ALEXANDER
 2     us to see what we had done for him.
 3          Q.  What had you done?
 4          A.  We provided ASL accommodations or
 5     translations for all of the verbal
 6     instructions.  Any during test instructions and
 7     the answers to those questions.  But due to a
 8     mistaken interpretation of the e-mail I
 9     received, we also translated the option answers
10     to the test questions which we should not have
11     done.
12          Q.  So, when Mr. Frilando took the
13     sanitation worker exam, he was provided with an
14     interpreter for the questions as well?
15          A.  No.  Any pretest instructions, any
16     questions that he had were translated and
17     responded to that way.  The questions of the
18     test themselves were adopted in ASL; mistakenly
19     the answer to those questions were.
20          Q.  What do you mean by "the answers to
21     those questions"?
22          A.  Question one:  How do I get to 14th
23     Street, A-B-C-D, the A and the answer option
24     was translated in ASL.
25          Q.  So, you're saying the multiple choice
```

```
 1                    R. ALEXANDER
 2              C E R T I F I C A T E
 3    STATE OF NEW YORK)
 4                    :ss
 5    COUNTY OF NASSAU)
 6
 7         I, SHECHINAH JACKSON, a Notary Public
 8    within and for the State of New York, do hereby
 9    certify:
10         That the witness whose examination is
11    hereinbefore set forth was duly sworn and that
12    such an examination is a true record of the
13    testimony given by such a witness.
14         I further certify that I am not related to
15    any of these parties to this action by blood or
16    marriage, and that I am not in any way
17    interested in the outcome of this matter.
18         IN WITNESS WHEREOF, I have hereunto set my
19    hand this 13th day of March, 2019.
20
21
22
23
                                      Shechinah Jackson
24                                   Shechinah Jackson
25
```