# EXHIBIT "E"


**180 Livingston Street, Room 4070**
**Brooklyn NY, 11201**

## SPECIAL CIRCUMSTANCES
## Directions for submission of requests

Note: **These directions are designed to assist you in completing Section 17 and 18 on the APPLICATION FOR EXAMINATION form and to inform employees how to notify us of a CHANGE OF ADDRESS. You may include your religious observance, disability, temporary disability or Veterans' Credits requests with your completed application form(s) if you provide the correct supporting documentation when you submit your application.**

**(A) RELIGIOUS OBSERVANCE:**

If, because of religious belief, you cannot take the test on a Saturday or on the scheduled test date, you must request an alternate date no later than 30 days prior to the scheduled test date.

The request must include:
- your full name
- your social security number
- the exam number
- the exam title
- a signed statement on letterhead from your religious leader certifying that your religious observance prohibits you from taking the test on the scheduled date

If you are submitting your request after you applied, please mail it to: **MTA New York City Transit, Attn: (Insert** *Exam Title* **and** *Exam Number*) - SABBATH, 180 Livingston Street, Room 4070, Brooklyn NY, 11201.

**(B) DISABILITY:**

If you have a disability which will interfere with your ability to take this test without special accommodation(s) or other assistance, you must submit a written request for specific special accommodation(s) postmarked no later than 30 days prior to the test date.

The request must include:
- your full name
- your social security number
- the exam number
- the exam title
- the specific nature of your disability
- a justification for the special accommodations
- a statement corroborating your disability by a doctor or agency authorized for this purpose.

If you have a **temporary disability, pregnancy-related, or child-birth-related condition** which prevents you from taking the exam on the date that it is scheduled, you may request a make-up exam by submitting a request to the address listed below, either in person or by mail (postmarked), no later than no later than 60 days of the scheduled test date. In addition to the information specified above, the request must include **original medical documentation** signed by an appropriate, licensed doctor specifying **1)** the nature of the condition, **2)** the duration of the condition, **3)** the functional limitations of the condition, and 4) why the condition prevents you from taking the exam as scheduled. Where appropriate and practicable, MTA New York City Transit may provide an alternative form of accommodation, such as an alternative exam site.

If you are submitting your request after you applied, please mail it to: **MTA New York City Transit, Attn: (Insert** *Exam Title* **and** *Exam Number*) – SP ACCOM, 180 Livingston Street, Room 4070, Brooklyn NY, 11201.

DEFENDANTS 000022

| SPECIAL CIRCUMSTANCES |
|---|
| Directions for submission of requests |

**(C) VETERANS' / DISABLED VETERANS' CREDIT**:

For Veterans' or Disabled Veterans' Credit you must meet the following requirements:
1. Be a resident of New York State at the time of list establishment; **and**
2. Be a United States citizen or an alien lawfully admitted for permanent residence; **and**
3. Received or expect to receive an honorable discharge or release under honorable conditions from the Armed Forces of the United States. The *"Armed Forces of the United States"* means the Army, Navy, Marine Corps, Air Force and Coast Guard, including all components thereof, and the National Guard when in the service of the United States pursuant to call as provided by Law; **and**
4. Have served or are now serving, on full-time active duty, other than active duty for training, in at least one of the following Time of War periods below:

| Armed Forces of the United States during:<br><br>World War II (Dec 7, 1941 - Dec 31, 1946); **or**<br>Korean Conflict (Jun 27, 1950 - Jan 31, 1955); **or**<br>Vietnam Conflict (Feb 28, 1961 - May 7, 1975); **or**<br>Persian Gulf Conflict (Aug 2, 1990 - to be determined) | OR | You must have received the armed forces expeditionary medal, navy expeditionary medal, or the marine corps expeditionary medal for Hostilities in:<br><br>Lebanon (Jun 1, 1983 - Dec 1, 1987);<br>**or**<br>Grenada (Oct 23, 1983 - Nov 21, 1983); **or**<br>Panama (Dec 20, 1989 - Jan 31, 1990). |
|---|---|---|

For Disabled Veterans' Credit, in addition to 1, 2, 3, and 4, at the time the list is established, you must have been found to have a service connected disability incurred in a Time of War period listed on the previous page, which has been rated at least 10 percent by the U.S. Department of Veterans Affairs (V.A.). If the V.A. has not certified the disability as permanent, it must have been rated at least 10 percent by a V.A. physician no more than one year prior to the date of filing your application or the date of establishment of the eligible list.

Veterans' or Disabled Veterans' Credit should be requested at the time of application, but **must** be requested before the date the eligible list is established.

Claims for Veterans' or Disabled Veterans' Credit cannot be made once the eligible list is established. All claims for Veterans' or Disabled Veterans' Credit will be investigated and you will be required to produce documentation, such as discharge papers, to prove that you are eligible for the credit.

Note:
1. You may use Veterans' or Disabled Veterans' Credit only once after January 1, 1951 for appointment or promotion from a City, State, or County civil service list from a jurisdiction within the State of New York.
2. Veterans' or Disabled Veterans' credit will be added only to the final score of those candidates who pass all parts of the examination.
3. The above is only a summary of necessary conditions. The complete provisions are contained in statutory and/or decisional law.

If you are submitting your request after you applied, please mail it to: **MTA New York City Transit, Attn: (Insert** *Exam Title* **and** *Exam Number***) – VETCRD, 180 Livingston Street, Room 4070, Brooklyn NY, 11201.**

DEFENDANTS 000023

## SPECIAL CIRCUMSTANCES
## Directions for completing application for examination form.

**(D) LEGACY CREDIT** (FOR OPEN COMPETITIVE EXAMINATIONS ONLY)**:**

Ten points will be added to the open competitive exam score of a candidate who qualifies for Parent or Sibling Legacy Credit.

  A. **For Parent Legacy Credit:**
     A candidate shall qualify for Parent Legacy Credit if his or her parent was killed in the line of duty as a firefighter or police officer in the service of New York City.
  B. **For Sibling Legacy Credit:**
     A candidate shall qualify for Sibling Legacy Credit if his or her sibling was killed in the line of duty as a firefighter or police officer in the service of New York City as a result of the September 11, 2001 World Trade Center attack, or as a result of the rescue effort that took place in response of the attack.

A candidate can receive Legacy Credit for no more than one parent or one sibling. A candidate can, however, receive Legacy Credit for both a parent and a sibling, in which case, the candidate may be entitled to 20 points. Legacy Credit should be requested at the time of application, but **must** be requested before the date of the eligible list is established. If a candidate requests Legacy Credit after an application for an exam has been submitted, the candidate must appear in person or write a letter indicating the candidate's name, address, social security number, the open-competitive exam title and number for which Legacy Credit is sought, and whether the request is for Parent Legacy Credit, Sibling Legacy Credit, or both.

The letter must be addressed to **MTA New York City Transit, Attn: (Insert *Exam Title* and *Exam Number*) – LEGCRD, 180 Livingston Street, Room 4070, Brooklyn NY, 11201.**

Claims for Legacy Credit cannot be made once the eligible list is established. All candidates making such claims will be required to present to the hiring agency prior to appointment documentation verifying their claim. All claims for Parent or Sibling Legacy Credit will be investigated.

**Note:**
1. You may use Legacy Credit only once for appointment from a City, State, or County open competitive civil service eligible list from a jurisdiction within the State of New York.
2. Legacy Credit will be added only to the final score of those candidates who pass all parts of the open competitive examination.
3. The above description of Legacy Credit is only a summary of necessary conditions. The complete provisions are contained in the relevant statutory and/or decisional laws governing Parent and Sibling Legacy Credit.

**(E) CHANGE OF ADDRESS:**

If your mailing address changes after you file for an exam, you should send a letter stating your name, social security number, exam title, exam number, old address and new address to:

**MTA New York City Transit
Attn: (Insert *Exam Title* and *Exam Number*)
180 Livingston Street, Room 4070
Brooklyn NY, 11201**

DEFENDANTS 000024