EXHIBIT "F"

# MTA New York City Transit

# Notice of Examination
# Train Operator

## Exam No. 7604

**DEFENDANT'S EXHIBIT**
C
3/21/19 JM

| **Application Deadline** | **Type of Test:** |
| --- | --- |
| December 27, 2016 | Multiple-Choice |

| **Application Fee:** | **Test Dates:** (subject to change) |
| --- | --- |
| $82.00 | Multiple-choice testing is expected to begin on Saturday, May 13, 2017 |

### JOB DESCRIPTION

Train Operators, under supervision, have direct responsibility for the safe, timely and proper operation of MTA New York City Transit multi-unit subway cars, subway service cars and trains in accordance with the rules, regulations and special instructions governing such operation. They operate trains in revenue and non-revenue road service, and in yard or terminal service; prepare trains for road service and switch cars in yards; in revenue road service, convey passengers over assigned routes; may open and close doors in stations and terminals; may make announcements; in non-revenue road service, operate work trains and revenue collection trains; in yards and terminal service, switch cars, prepare trains for road service and operate trains between yards and terminals; convey trains into facilities for inspection and repair, and through car washes for cleaning; and perform related work.

Some of the physical activities performed by Train Operators and environmental conditions experienced are: climbing and descending ladders on and off the tracks, ascending and descending from trains and catwalks to roadbeds; walking along elevated sections of track; responding to audible signals such as alarm bells, train whistles, horns and radio conversation; responding to visual signals including distinguishing colored lights; using manual equipment related to train operation; remaining in a seated position for extended periods of time; and lifting heavy equipment.

**Special Working Conditions:** Train Operators may be required to work various shifts including nights, Saturdays, Sundays, and holidays. Train Operators must be available to work overtime as required.

(This brief description does not include all of the duties of this position.)

### SALARY AND BENEFITS

The current minimum salary is $32.51 per hour for a 40-hour week. This rate is subject to change. The benefits of this position include, but are not limited to, night and weekend salary differentials, paid holidays, vacation and sick leave, a comprehensive medical plan and a pension plan.

## HOW TO QUALIFY

**Education, Experience and License Requirements:** By the **last day of the application period,** you must have a four year high school diploma or its educational equivalent, approved by a State's Department of Education or a recognized accrediting organization; **and**

1. A Motor Vehicle Driver License valid in the State of New York; **and**

2. One year of full-time satisfactory work experience that has been continuous with one employer.

If you have serious moving violations, a license suspension or an accident record, you may be disqualified.

**Foreign Education Fact Sheet (Required only if you need credit for your foreign education for this examination):** If you were educated outside the United States, you must have your foreign education evaluated to determine its equivalence to education obtained in the United States. The services that are approved to make this evaluation, as well as instructions on how to submit this evaluation are listed in the Foreign Education Fact Sheet included with your application packet. When you contact the evaluation service, ask for a "document-by document" (general) evaluation of your foreign education.

You will be required to indicate if you met the education, experience and license requirements on the date that you are scheduled to take the multiple-choice test. You may also be required to complete additional forms in regards to the education, experience and license requirements at the time of appointment. You will be given the multiple-choice test before we verify your qualifications. You are responsible for determining whether or not you meet the qualification requirements for this examination prior to submitting your application. If you are marked "Not Qualified," your application fee will **not** be refunded and you will **not** receive a score.

## REQUIREMENTS TO BE APPOINTED

**Medical Requirement:** Medical guidelines have been established for the position of Train Operator. You will be examined to determine whether you can perform the essential functions of the position of Train Operator. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to take the examination, and/or to perform the essential functions of the job.

**Drug Screening Requirement:** You must pass a drug screening in order to be appointed, and if appointed, you will be subject to random drug and alcohol tests for the duration of your employment. Additionally, if you have tested positive on a drug or alcohol test or had a refusal to test during pre-employment or while employed by a Federal DOT-regulated employer during the applicable period, you must have completed the Substance Abuse Professional (SAP) process required by federal law in order to be appointed to this safety-sensitive position.

**English Requirement:** You must be able to understand and be understood in English.

**Proof of Identity:** Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with the City of New York.

**Residency:** New York City residency is not required for this position.

**Oral Proficiency Assessment:** If you pass the multiple-choice test and are deemed to meet the qualification requirements in the "How to Qualify" section above, you may be scheduled to take the qualifying oral proficiency assessment as vacancies occur. However, based on the projected number of vacancies, it is possible that not all candidates who pass the multiple-choice test will be scheduled for the qualifying oral proficiency assessment. A score of 70% is required to pass the qualifying oral proficiency assessment.

**You will be required to pay an additional fee of $25.00 prior to taking the oral proficiency assessment.** Failure to pay the additional fee on the date that you are scheduled to take the oral proficiency assessment will result in disqualification from further participation in the appointment process. The additional fee for the oral proficiency assessment will be waived for candidates who demonstrate that they are unemployed or receiving public assistance at the time of the assessment. In the qualifying oral proficiency assessment, you may be required to demonstrate the following abilities:

**Oral Comprehension** – The ability to understand spoken English words and sentences.
**Oral Expression** – The ability to use English words or sentences in speaking so others will understand.
**Memorization** – The ability to remember information, such as words, numbers, pictures, and procedures. Pieces of information can be remembered by themselves or with other pieces of information.
**Speed of Closure** – The ability to combine and organize different pieces of information into one meaningful pattern quickly. It is not known beforehand what the pattern will be. The material may be visual or auditory.

**Physical Abilities Assessment:** If you pass the multiple-choice test and are deemed to meet the qualification requirements in the "How to Qualify" section above, you may be scheduled to take a qualifying physical abilities assessment as vacancies occur. In this assessment, you will be required to demonstrate that you possess the abilities required to perform the physical aspects of the Train Operator position. A more detailed description of the physical abilities assessment will be distributed to you before you are scheduled for the physical abilities assessment. Medical evidence to allow participation in the physical abilities assessment may be required and MTA New York City Transit reserves the right to exclude from the physical abilities assessment any candidates who are medically unfit.

## HOW TO SUBMIT AN APPLICATION AND PAY THE APPLICATION FEE

If you believe you meet the requirements in the "How to Qualify" section, submit an application online by the last day of the application period unless you are requesting a Fee Waiver. Applicants who wish to request a Fee Waiver should refer to the "How to Submit an Application When Requesting a Fee Waiver" section below.

**Application Fee:** This fee is generally not refundable. Under special circumstances, you may be entitled to a refund. You should refer to the Department of Citywide Administrative Services (DCAS) Exam Regulations to determine if you are entitled to a refund prior to requesting a refund. You can refer to the bottom of the last page of this Notice of Examination for instructions on how to obtain a copy of the DCAS Exam Regulations.

**Online Applications:**
1. Apply using http://mta.info/nyct/hr/appexam.htm by the last day of the application period.
2. A major credit card or a bank card associated with a bank account must be used when applying online.
3. You will be given a confirmation number after you submit your *Application* and pay the application fee. Applicants who request a fee waiver must apply by mail.

Computers with internet access are available on a limited basis at branches of the New York Public Library, the Brooklyn Library and the Queens Library to patrons with a valid library card.

## HOW TO SUBMIT AN APPLICATION WHEN REQUESTING A FEE WAIVER

Applicants who wish to request a Fee Waiver must obtain an *Application* in person at the MTA New York City Transit Exam Information Center as indicated below and must submit the *Application* by mail to the address in the Correspondence section below **by the last day of the application period**.

MTA New York City Transit will not accept applications in person. Additional information on requesting an application fee waiver is available with the *Application*.

**MTA New York City Transit Exam Information Center**: Open Monday through Friday, from 9 AM to 3 PM, in the lobby at 180 Livingston Street, Brooklyn, NY. Directions: Take the A, C, F, or R Trains to the Jay Street-MetroTech Station, or the 2 or 3 train to the Hoyt Street Station.

The MTA New York City Transit Exam Information Center will be closed on Monday, December 26, 2016.

## ADMISSION LETTER

An *Admission Letter* will be mailed to you about 10 days before the first date of the multiple-choice test. If you do not receive an *Admission Letter* at least 4 days before the first date of the multiple-choice test, you may obtain a duplicate letter at the MTA Exam Information Center (as indicated above). A paper copy of the *Admission Letter* is your ticket for admission to the test.

Employees **must** keep their official mailing address **up to date.** Only the address on file with the MTA Business Service Center will be used to mail correspondence, including the *Admission Letter.*

## THE TEST

You will be given a competitive multiple-choice test. A score of at least 70% is required to pass the multiple-choice test. Your score on this multiple-choice test will be used to determine your place on an eligible list.

Testing for the title of Train Operator is expected to begin on Saturday, May 13, 2017. It is anticipated that the test will also be scheduled on additional dates throughout the months of May 2017, June 2017 and July 2017.

Veterans' or Disabled Veterans' Credit will be granted only to eligible passing candidates who request that they be applied. Veterans' or Disabled Veterans' Credit should be requested at the time of application, but **must** be requested before the date the eligible list is established. Claims for Veterans' or Disabled Veterans' Credit cannot be made once the eligible list is established.

The multiple-choice test may also include questions that require the use of any of the following abilities:

**Written Comprehension** – The ability to understand written sentences or paragraphs. Example: Understanding written bulletins released by MTA New York City Transit.

**Written Expression** – The ability to use English words or sentences in writing so others will understand. Example: Writing incident reports regarding unusual occurrences.

**Problem Sensitivity** – The ability to tell when something is wrong or likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem. Example: Recognizing that an object on the track may interfere with the normal operation of the train.

**Deductive Reasoning** – The ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense. Example: Applying MTA New York City Transit rules and regulations to situations to determine the appropriate action that must be taken.

**Inductive Reasoning** – The ability to combine separate pieces of information, or specific answers to problems to form general rules or conclusions. It includes coming up with a logical explanation for why a series of unrelated events occur together. Example: Determining the action that must be taken based on a combination of observations on the tracks and radio chatter from other train operators, the Rail Control Center or maintainers performing repairs along the trackway.

**Information Ordering** – The ability to follow correctly a rule or set of rules to arrange things or actions in a certain order. The rule or sets of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations. Example: Following a step-by-step procedure to connect a cable to the third rail for power.

**Spatial Orientation** – The ability to tell where you are in relation to the location of some object or to tell where the object is in relation to you. Example: Reading a schematic diagram to determine track configurations.

**Number Facility** – The ability involving the degree to which adding, subtracting, multiplying, and dividing can be done quickly and correctly. Example: Performing mathematical calculations using track markers to determine the current location.

**Mathematics Reasoning** – The ability to understand and organize a problem and then to select a mathematical method or formula to solve the problem. Example: Determining the mathematics required to calculate distances between track markings.

**Mechanical Aptitude** – The ability to understand and apply mechanical concepts and principles to solve problems. Example: Understanding how a train's brake pressure affects its ability to brake.

**Visualization** – The ability to imagine how something will look after it is moved around or when its parts are moved or rearranged. Example: Imagining how a track configuration changes after a switch moves it.

## TEST ADMINISTRATION GUIDELINES

**Warning**: You are not permitted to enter the test site with cellular phones, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are permitted; however, they must be hand-held, battery or solar powered, numeric only. Calculators with functions **other than** addition, subtraction, multiplication and division **are prohibited**. Electronic devices with an alphabetic keyboard or with word processing or data recording capabilities such as planners, organizers, etc. are prohibited. If you use any of these devices in the building at any time before, during or after the test, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test and no one may wait for you inside of the test site while you are taking the test.

**Required Identification:** You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site. The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. If you do not have an acceptable ID, you may be denied testing. Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving:** You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

## THE TEST RESULTS

If you pass the competitive multiple-choice test and are deemed to meet the qualification requirements in the "How to Qualify" section above, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results.

## ADDITIONAL INFORMATION

**Training:** If you are appointed you will be required to complete and pass, before the end of the one-year probationary period, an approved training course that includes practical train operation. Those probationary employees who do not successfully complete this training course will be terminated from this position.

## SPECIAL ARRANGEMENTS

**Special Test Accommodations:** If you plan to request special testing accommodations due to disability or an alternate test date due to your religious belief, follow the instructions included with your *Application* and mail your request to the address found in the "Correspondence Section" below no later than 30 days prior to the scheduled test date.

**Make-Up Test:** You may apply for a make-up test if you cannot take the test on the regular test date for any of the following reasons:

1. Compulsory attendance before a public body;
2. On the job injury or illness caused by municipal employment where you are an officer or employee of the City;
3. Absence from the test within one week after the death of a spouse, domestic partner, parent, sibling, child or child of a domestic partner where you are an officer or employee of the City;
4. Absence due to ordered military duty;
5. A clear error which MTA New York City Transit is responsible; or
6. A temporary disability, pregnancy-related, or child-birth-related condition preventing you from taking the test.

To request a make-up test, mail your request with your documentation of special circumstances to the address found in the "Correspondence Section" below no later than one week prior to your scheduled test date or make the request within 90 days following termination of your military duty.

## CORRESPONDENCE

**Change of Contact Information:** It is critical that you promptly notify MTA New York City Transit of any change to your contact information (telephone number, mailing address and/or email address). You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct contact information. To update your contact information with MTA New York City Transit, you must submit a change request by mail. Your request must include your full name, social security number, exam title(s), exam number(s), telephone number, mailing address and/or email address. **If you are a current MTA New York City Transit employee, all changes to your employee contact information must be made through the My MTA Portal at** http://www.mymta.info/. All correspondence must be sent to the following address:

Train Operator, Exam # 7604<br>
MTA New York City Transit<br>
180 Livingston Street, Room 4070<br>
Brooklyn, NY 11201

## PENALTY FOR MISREPRESENTATION

Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

---

The General Examination Regulations of the Dept. of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available in the MTA New York City Transit, Exam Information Center, 180 Livingston Street (Lobby), Brooklyn, NY 11201.
MTA New York City Transit is an Equal Opportunity Employer
Title Code No. 91211; The Rapid Transit Railroad Service; Group 1 – Per Diem and Per Hour Positions
Filing Opened: December 7, 2016

DEFENDANTS 000010