# EXHIBIT "G"

# MaBSTOA
*Manhattan and Bronx Surface Transit Operating Authority*

# Notice of Examination

## Bus Operator, Exam # 7105


DEFENDANT'S EXHIBIT
D
3/21/19 JM

| **Application Deadline** | **Selection Process:** |
|---|---|
| June 27, 2017 | See the Selection Process section |

| **Application Fee:** | **Survey Date:** (subject to change) |
|---|---|
| $68.00 | Expected to begin on December 12, 2017 |

### JOB DESCRIPTION:

Bus Operators, under general supervision, operate a bus carrying passengers in accordance with the rules and regulations of MTA Bus Company, New York State law and New York City traffic regulations. They ensure proper payment of fare; issue and collect transfers; ensure passengers' safety; protect the assigned vehicle; write reports concerning revenues, accidents, faulty equipment and unusual occurrences and perform related work.

Some of the physical activities performed by the Bus Operators and environmental conditions they experience are: working in various types of weather; walking up and down stairways and ramps in depots; hearing horns, buzzers and verbal warnings; distinguishing colored lights; seeing traffic hazards from all directions and from a distance; making visual inspections of buses; remaining in a sitting position for long periods and climbing into and out of a Bus Operator's seat.

**Special Working Conditions**: Bus Operators will be required to work various shifts including nights, Saturdays, Sundays and holidays.

(This brief description does not include all the duties of the position.)

### SALARY:

The current minimum salary is $23.2666 per hour for a 40-hour work week increasing to $33.2381 in the sixth year. These rates are subject to change. The benefits of this position include, but are not limited to, night and weekend differentials, paid holidays, vacation and sick leave, a comprehensive medical plan and a pension plan.

### HOW TO QUALIFY:

There are no formal education or experience requirements for this position.

## REQUIREMENTS TO BE APPOINTED:

**Driver License Requirement:**

At the time of consideration for appointment, you must possess:

1. A Class B Commercial Driver License (CDL) valid in the State of New York with a passenger endorsement and no disqualifying restrictions, with proof of residency from the state in which that license was issued; or

2. A Motor Vehicle Driver license valid in the State of New York and a Learner's Permit for a Class B Commercial Driver License valid in the State of New York with a passenger endorsement and no disqualifying restrictions.

Your CDL or Motor Vehicle Driver License, or any combination thereof, must have been valid in the State of New York for at least three years immediately prior to the date you are appointed to this position.

Candidates who qualify under (2) above will be appointed subject to the receipt of a Class B Commercial Driver License valid in the State of New York with a passenger endorsement and no disqualifying restrictions at the end of a special training course in bus operation.

Candidates who fail to successfully complete the special training course in bus operation, including the receipt of a Class B Commercial Driver License valid in the State of New York with a passenger endorsement and no disqualifying restrictions, will be terminated.

If you have serious moving violations, a license suspension or an accident record you may be disqualified.

The Class B Commercial Driver License with passenger endorsement must be maintained for the duration of your employment in the title.

**Medical Requirement:** Medical guidelines have been established for the position of Bus Operator. You will be examined to determine whether you can perform the essential functions of the position. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to perform the essential functions of the job.

**Drug Screening Requirement:** You must pass a drug screening in order to be appointed and if appointed, you will be subject to random drug and alcohol tests for the duration of your employment. Additionally, if you have tested positive on a drug or alcohol test or had a refusal to test during pre-employment or while employed by a Federal DOT-regulated employer during the applicable period, you must have completed the Substance Abuse Professional (SAP) process required by federal law in order to be appointed to this safety-sensitive position.

**Residency:** City residency is not required for this position.

**English Requirement:** You must be able to understand and be understood in English.

**Proof of Identity:** Under the Immigration Reform and Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with MaBSTOA/MTA Bus Company.

## HOW TO SUBMIT AN APPLICATION AND PAY THE APPLICATION FEE:

Submit an application online by the last day of the application period unless you are requesting a Fee Waiver. Applicants who wish to request a Fee Waiver should refer to the "How to Submit an Application When Requesting a Fee Waiver" section below. Applications will not be accepted in person.

### Online Applications:

1. Apply using http://mta.info/nyct/hr/appexam.htm by the last day of the application period.
2. Log into your existing account or create a new account online to apply.
3. Follow the steps to submitting an application.
4. You will be given a confirmation number after you submit your *Application*.
5. A major credit card or a bank card associated with a bank account must be used when paying the application fee.
6. You will be sent a confirmation email after you submit payment for the application fee.

Computers with internet access are available on a limited basis at branches of the New York Public Library, the Brooklyn Library and the Queens Library to patrons with a valid library card.

Save your Confirmation number for future reference and proof of filing an *Application*.

Applications will not be accepted in person.

## HOW TO SUBMIT AN APPLICATION WHEN REQUESTING A FEE WAIVER:

Applicants who wish to request a Fee Waiver must obtain an Application in person at the MTA New York City Transit Exam Information Center as indicated below and must submit the Application by mail to the address in the Correspondence section below by the last day of the application period. Applications will not be accepted in person. Additional information on requesting an application fee waiver is available with the Application.

**MTA New York City Transit Exam Information Center:** Open Monday through Friday, from 9 am to 3 pm, in the lobby at 180 Livingston Street, Brooklyn, New York. Directions: take the A, C, F or R trains to the Jay Street-Metro Tech Station, or the 2 or 3 train to the Hoyt Street Station.

## SELECTION PROCESS:

Applicants will be assigned a random list number that is generated electronically and as vacancies occur, they will be scheduled to take the Bus Operator Selection Survey (BOSS). *We anticipate the BOSS for this exam will be held intermittently beginning December 12, 2017.*

Applicants who successfully complete the BOSS and the following components of the employment process will be considered for employment in random list number order as vacancies arise.

- A driving record review
- Drug test and medical assessment
- Criminal and work record review (failure to disclose prior convictions may disqualify)

Refer to the "Requirements to be Appointed" section of this notice, above, for additional information on conditions that must be met at the time of appointment.

READ CAREFULLY AND SAVE FOR FUTURE REFERENCE

### ADMISSION LETTER:

An *Admission Letter* is mailed to you approximately 10 days before the scheduled survey date. If you do not receive an *Admission Letter* at least 4 days before the scheduled survey date, you may obtain a duplicate letter at the MTA Exam Information Center. A paper copy of the *Admission Letter* is your ticket for admission to the survey. The *Admission Letter* will include your random list number. Candidates who successfully complete all components of the selection process and meet all requirements and conditions will be considered for employment in random list number order as vacancies arise.

### ADDITIONAL INFORMATION:

**Probationary Period:**  You will be required to complete a one-year probationary period.  Those who do not successfully complete the probationary period may be terminated at the discretion of the MTA Bus Company.

**Training Program:**  Appointees are required to successfully complete a six-week training program in bus operation to satisfactorily complete the probationary period.  Those who do not successfully complete this program will be terminated.

### SPECIAL ARRANGEMENTS:

**Special Test Accommodations:** If you plan to request special testing accommodations due to disability or an alternate test date due to your religious belief, please contact us in one of the three ways listed in the "Correspondence" section below no later than 30 days prior to the scheduled test date for further instructions.

### CORRESPONDENCE:

**Change of Contact Information:** It is critical that you promptly notify MTA MaBSTOA of any change to your contact information (telephone number, mailing address and/or email address). You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct contact information. To update your contact information with MTA MaBSTOA, you may:

1. Visit us at the MTA Exam Information Center;
2. Email us at examsunit@nyct.com with the subject named "Contact Info Update";
3. Mail us at the address below, with the words "Contact Info Update" next to the exam title.

Your request must include your full name, exam title, exam number and your old and new telephone numbers, mailing and/or email address.

**If you are a current MTA employee, all changes to your employee contact information must be made through the MTA Business Service Center (BSC) via the employee portal at** http://www.mymta.info.

All other correspondence must be sent to the following address:
MaBSTOA Bus Operator, Exam No. 7105
180 Livingston Street, Room 4070
Brooklyn, NY 11201

READ CAREFULLY AND SAVE FOR FUTURE REFERENCE

## PENALTY FOR MISREPRESENTATION

Any intentional misrepresentation on the application or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

---

MaBSTOA is an Equal Opportunity employer and welcomes applications from all qualified persons. The list resulting from this examination will be based strictly on examination ratings attained by candidates as described above.
NYCT/MaBSTOA/MTA Personnel Testing, Selection & Classifications Unit

Title Code: M7203

READ CAREFULLY AND SAVE FOR FUTURE REFERENCE

Filing Period Opened Jun 7, 2017

DEFENDANTS 000021