# EXHIBIT "H"

 

DEFENDANT'S EXHIBIT
E
3/21/19 SM

# Notice of Examination

## Track Worker, Exam No. 8600

| **Application Deadline:** October 24, 2017 | **Type of Test:** Multiple-Choice |
|---|---|
| **Application Fee:** $68.00 | **Test Date(s):** (subject to change) The multiple-choice test is expected to be administered on multiple dates between Saturday, April 7, 2018 and Sunday, April 29, 2018. |

### JOB DESCRIPTION

Track Workers, under supervision, maintain, install, inspect, test, alter, and repair the track and roadway in subway and elevated service under operating conditions. This includes, but is not limited to, the maintenance, installation, inspection, testing, alteration and repair of rails, frogs, switches, ties, plates and insulated joints, and their related adjusting, tamping, welding, grinding, greasing and cleaning. Track Workers perform related work.

Some of the physical activities performed by Track Workers and environmental conditions experienced are: working outdoors in all weather conditions; lifting and carrying tools, equipment and materials weighing up to 95 pounds; working on elevated structures up to 100 feet high; walking along the track way where tripping hazards are present; distinguishing between different colored lighted signals and flags; driving in large spikes with mauls and pulling spikes out with claw bars; and working in a noisy environment near live third rail and in the path of oncoming trains.

**Special Working Conditions:** Track Workers may be required to work various shifts including nights, Saturdays, Sundays and holidays.

(This brief description does not include all of the duties of this position.)

### SALARY AND BENEFITS

The current minimum salary is $22.60 per hour for a 40-hour work week. This rate is subject to change. The benefits of this position include, but are not limited to, night and weekend salary differentials, paid holidays, vacation and sick leave, a comprehensive medical plan and a pension plan.

### HOW TO QUALIFY

There are no formal education or experience requirements for this position.

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**Filing Opened:** October 4, 2017

## REQUIREMENTS TO BE APPOINTED

**Medical Requirement:** Medical guidelines have been established for the position of Track Worker. You will be examined to determine whether you can perform the essential functions of the position. Where appropriate, a reasonable accommodation will be provided for a person with a disability to enable him or her to perform the essential functions of the job.

**Drug Screening Requirement:** You must pass a drug screening in order to be appointed, and if appointed, you will be subject to random drug and alcohol tests for the duration of your employment. Additionally, if you have tested positive on a drug or alcohol test or had a refusal to test during pre-employment or while employed by a Federal DOT-regulated employer during the applicable period, you must have completed the Substance Abuse Professional (SAP) process required by federal law in order to be appointed to this safety-sensitive position.

**Residency:** New York City residency is not required for this position

**English Requirement:** You must be able to understand and be understood in English.

**Proof of Identity:** Under the Immigration and Reform Control Act of 1986, you must be able to prove your identity and your right to obtain employment in the United States prior to employment with MTA New York City Transit.

## HOW TO OBTAIN AN APPLICATION

During the application period, you may obtain an *Application* for this examination online at http://mta.info/nyct/hr/appexam.htm or in person at the MTA New York City Transit Exam Information Center as indicated below.

**MTA New York City Transit Exam Information Center:** Open Monday through Friday, from 9 AM to 3 PM, in the lobby at 180 Livingston Street, Brooklyn, New York. Directions: take the A, C, F or R trains to the Jay Street-Metro Tech Station, or the 2, 3, or the G trains to the Hoyt Street Station. The MTA New York City Transit Exam Information Center will be closed on Monday, October 9, 2017.

## REQUIRED FORM

**Application:** Make sure that you follow all instructions included with your *Application*, including payment of fee. Save a copy of the instructions for future reference.

## HOW TO SUBMIT AN APPLICATION AND PAY THE APPLICATION FEE

If you believe you meet the requirements in the "How to Qualify" section, submit an *Application* online unless you are requesting a Fee Waiver. Applicants who wish to request a Fee Waiver should refer to the "How to Submit an Application When Requesting a Fee Waiver" section below. Applications will **not** be accepted in person.

**Online Applications:**

1. Apply using http://mta.info/nyct/hr/appexam.htm by the last day of the application period.
2. Log into your existing account or create a new account online to apply.
3. Follow the steps to submitting an application.
4. A confirmation number will appear on the same page after submitting your Application.
5. Below the confirmation number, a Pay Examination Fee button will appear for you to click to open the payment page.
6. A major credit card or a bank card associated with a bank account must be used when paying the application fee.
7. You will be sent a confirmation email after you submit payment for the application fee.

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**Filing Opened:** October 4, 2017

## HOW TO SUBMIT AN APPLICATION AND PAY THE APPLICATION FEE (continued):

Computers with internet access are available on a limited basis at branches of the New York Public Library, the Brooklyn Library and the Queens Library to patrons with a valid library card.

Save your Confirmation numbers for future reference and proof of filing an Application.

**Cash and personal checks will not be accepted.**

**Application Fee:** This fee is generally non-refundable. Under special circumstances, you may be entitled to a refund. You should refer to the Department of Citywide Administrative Services (DCAS) Exam Regulations to determine if you are entitled to a refund prior to requesting one. You can refer to the bottom of the last page of this Notice of Examination for instructions on how to obtain a copy of the DCAS Exam Regulations.

## HOW TO SUBMIT AN APPLICATION WHEN REQUESTING A FEE WAIVER

Applicants who wish to request a Fee Waiver must obtain an *Application* in person at the MTA Exam Information Center as indicated above and must submit the *Application* and required forms by mail to the address in the Correspondence section below **by the last day of the application period**.

MTA New York City Transit will not accept applications in person. Additional information on how to request an application fee waiver is available with the *Application*.

## ADMISSION LETTER

An *Admission Letter* will be mailed to you about 10 days before the first date of the multiple-choice test. If you do not receive an *Admission Letter* at least 4 days before this date, you may obtain a duplicate letter at the MTA New York City Transit Exam Information Center (as indicated above). A paper copy of the *Admission Letter* is your ticket for admission to the test.

## THE TEST

You will be given a competitive multiple-choice test. A score of at least 70% is required to pass this test. Your score on this test will determine your place on the eligible list.

Veterans' or Disabled Veterans' Credit will be granted only to eligible passing candidates who request that they be applied. Veterans' or Disabled Veterans' Credit should be requested at the time of application, but **must** be requested before the date the eligible list is established. Claims for Veterans' or Disabled Veterans' Credit cannot be made once the eligible list is established.

The competitive multiple-choice test may include questions that require the use of any of the following abilities:

**Written Comprehension** – The ability to understand written sentences or paragraphs. Example: Reading and understanding a safety bulletin.

**Written Expression** – The ability to use English words or sentences in writing so others will understand. Example: Writing an incident report.

**Deductive Reasoning** – The ability to apply general rules to specific problems to come up with logical answers. It involves deciding if an answer makes sense. Example: Following the rules for operating equipment.

**Inductive Reasoning** – The ability to combine separate pieces of information, or specific answers to problems to form general rules or conclusions. It includes coming up with a logical explanation for why a series of unrelated events occur together. Example: Determining an unsafe condition based on different issues observed on the track.

**Information Ordering** – The ability to follow correctly a rule or set of rules to arrange things or actions in a certain order. The rule or sets of rules used must be given. The things or actions to be put in order can include numbers, letters, words, pictures, procedures, sentences, and mathematical or logical operations. Example: Laying out track material in the correct order when installing track.

## THE TEST (continued):

**Memorization** – The ability to remember information, such as words, numbers, pictures, and procedures. Example: Remembering instructions given by a supervisor.

**Problem Sensitivity** – The ability to tell when something is wrong or likely to go wrong. It includes being able to identify the whole problem as well as elements of the problem. Example: Recognizing when a track is not installed correctly.

**Visualization** – The ability to imagine how something will look after it is moved around or when its parts are moved or rearranged. Example: Determining how an obstruction along the trackway will look when you are standing on the opposite side of it.

**Spatial Orientation** – The ability to tell where you are in relation to the location of some object or to tell where the object is in relation to you. Example: Determining track configurations based on diagrams.

**Mechanical Aptitude** – The ability to understand and apply mechanical concepts and principles to solve problems. Example: Choosing the appropriate screwdriver to turn a certain screw head.

**Dial/Gauge Reading** – The ability to monitor gauges, dials, or other indicators to ensure that a piece of equipment or machine is working correctly. Example: Reading switch inspection gauges.

**Perceptual Speed** – The ability to quickly and accurately compare similarities and differences among sets of letters, numbers, objects, pictures, or patterns. Example: Navigating the trackway using track marker signs.

## TEST ADMINISTRATION GUIDELINES

**Warning:** You are not permitted to enter the test site with cellular phones, smart watches, beepers, pagers, cameras, portable media players, or other electronic devices. Calculators are **not** permitted. Electronic devices with an alphabetic keyboard, word processing, or data recording capabilities, such as planners, organizers, etc., are prohibited. If you use any of these devices in the testing site building at any time before, during, or after the practical skills test, you may **not** receive your test results, your test score may be nullified, and your application fee will **not** be refunded.

You may not have any other person, including children, present with you while you are being processed for or taking the test, and no one may wait for you inside of the test site while you are taking the practical skills test.

**Required Identification: You are required to bring one (1) form of valid (non-expired) signature and photo bearing identification to the test site**. The name that was used to apply for the exam must match the first and last name on the photo ID. A list of acceptable identification documents is provided below. **If you do not have an acceptable ID, you may be denied testing.** Acceptable forms of identification (bring one) are as follows: State issued driver's license, State issued identification card, US Government issued Passport, US Government issued Military Identification Card, US Government issued Alien Registration Card, Employer ID with photo, or Student ID with photo.

**Leaving:** You must leave the test site once you finish the test. If you leave the test site after being fingerprinted but before finishing the test, you will not be permitted to re-enter. If you disregard this instruction and re-enter the test site, you may not receive your test results, your test score may be nullified, and your application fee will not be refunded.

## THE TEST RESULTS

If you pass the competitive multiple-choice test, your name will be placed in final score order on an eligible list and you will be given a list number. You will be notified by mail of your test results. If you meet all requirements and conditions, you will be considered for appointment when your name is reached on the eligible list.

## ADDITIONAL INFORMATION

**Promotion Test:** A promotion examination for this title is being held for eligible MTA New York City Transit employees. The names appearing on the promotion list will be considered first in filling vacancies.

**Probationary Period:** The probationary period for Track Worker is one year.

## SPECIAL ARRANGEMENTS

**Special Test Accommodations:** If you plan to request special testing accommodations due to disability or an alternate test date due to your religious belief, follow the instructions included with your *Application* and mail your request to the address found in the "Correspondence" section below no later than 30 days prior to the first scheduled test date.

**Make-Up Test:** You may apply for a make-up test if you cannot take the multiple-choice test on the scheduled date for any of the following reasons:

1. Compulsory attendance before a public body;
2. On-the-job injury or illness caused by municipal employment where you are an officer or employee of the City;
3. Absence from the test within one week following the death of a spouse, domestic partner, parent, sibling, child, or child of a domestic partner where you are an officer or employee of the City;
4. Absence due to ordered military duty;
5. A clear error for which MTA New York City Transit is responsible; or
6. A temporary disability, pregnancy-related, or child-birth related condition preventing you from taking the test.

To request a make-up test, mail your request with your documentation of special circumstances to the address found in the "Correspondence" section below within 60 days of your scheduled test date or make the request within 90 days following termination of your military duty.

## CORRESPONDENCE

**Change of Contact Information:** It is critical that you promptly notify MTA New York City Transit of any change to your contact information (telephone number, mailing address and/or email address). You may miss important information about your exam(s) or consideration for appointment, including important information that may require a response by a specified deadline, if we do not have your correct contact information. To update your contact information with MTA New York City Transit, you may:

1. Visit us at the MTA Exam Information Center;
2. Email us at examsunit@nyct.com, with the subject named 'Contact Info Update';
3. Mail us at the address below, with the words 'Contact Info Update' next to the exam title.

Your request must include your full name, exam title(s), exam number(s) and your old and new telephone numbers, mailing and/or email address.

**If you are a current MTA employee, all changes to your employee contact information must be made through the MTA Business Service Center (BSC) via the employee portal at http://www.mymta.info.**

All other correspondence must be sent to the following address:

Track Worker, Exam No. 8600

MTA New York City Transit

180 Livingston Street, Room 4070

Brooklyn, NY 11201

**READ CAREFULLY AND SAVE FOR FUTURE REFERENCE**

**Filing Opened:** October 4, 2017

DEFENDANTS 000015

## PENALTY FOR MISREPRESENTATION

Any intentional misrepresentation on the *Application* or examination may result in disqualification, even after appointment, and may result in criminal prosecution.

The General Examination Regulations of the Department of Citywide Administrative Services apply to this examination and are part of this Notice of Examination. They are posted and copies are available in the MTA New York City Transit, Exam Information Center, 180 Livingston Street (Lobby), Brooklyn, NY 11201.

MTA New York City Transit is an Equal Opportunity Employer
Title Code No. 90744; The Rapid Transit Railroad Service; Group I - Per Diem and Per Hour Positions

Filing Opened: October 4, 2017

DEFENDANTS 000016