# EXHIBIT "J"

# Job Analysis Report

## Train Operator, Exam No. 7604

DEFENDANTS 000154

## Introduction

A job analysis of the position of Train Operator commenced on July 6, 2016 by Christopher Bhairo, an Examiner with MTA New York City Transit. The job analysis was conducted to determine the knowledge, skills and abilities that are required to perform the essential functions of the position in order to develop an appropriate examination.

## Job Description

Train Operators are employed by the Division of Rapid Transit Operations of the Department of Subways and are supervised by Train Service Supervisors, Assistant Train Dispatchers, Train Dispatchers and/or Yard Dispatchers.

Train Operators, under supervision, have direct responsibility for the safe, timely and proper operation of MTA New York City Transit multi-unit subway cars, subway service cars and trains in accordance with the rules, regulations and special instructions governing such operation. They operate trains in revenue and non-revenue road service, and in yard or terminal service; prepare trains for road service and switch cars in yards; in revenue road service, convey passengers over assigned routes; may open and close doors in stations and terminals; may make announcements; in non-revenue road service, operate work trains and revenue collection trains; in yards and terminal service, switch cars, prepare trains for road service and operate trains between yards and terminals; convey trains into facilities for inspection and repair, and through car washes for cleaning; and perform related work.

Some of the physical activities performed by Train Operators and environmental conditions experienced are: climbing and descending ladders on and off the tracks, ascending and descending from trains and catwalks to roadbeds; walking along elevated sections of track; responding to audible signals such as alarm bells, train whistles, horns and radio conversation; responding to visual signals including distinguishing colored lights; using manual equipment related to train operation; remaining in a seated position for extended periods of time; and lifting heavy equipment.

DEFENDANTS 000156

**Communication**

8.  Communicate with various personnel including the Conductor, Supervisors and the Rail Control Center via two-way radio

9.  Report delays, mechanical problems and emergencies to the Conductor, Supervisors and the Rail Control Center via two-way radio

10. Press the appropriate buzzer code to signal to the Conductor to take various actions (e.g., leave the doors open in the station, keep the doors closed, etc.)

11. Listen for buzzer signals from the Conductor and take the appropriate action

12. Sound the horn to alert employees on the right of way and passengers who are standing too close to the edge of the platform that the train is approaching

13. Confer with the Yardmaster/Yard Dispatcher to move cars to fit planned train configurations by combining or separating cars (coupling and uncoupling trains)

14. Make announcements to passengers to inform them of station stops, train delays and unusual occurrences (shuttle trains and One Person Train Operation (OPTO))

15. Complete logs of work activities and complete forms to report unusual circumstances and action taken

16. Press route selection (punch) buttons along the trackway to inform the Tower Operators of the train's destination

17. Read and understand time cards, jobs, and general orders and directives that are posted on the bulletin board

18. Report basic equipment malfunctions of a mechanical or electrical nature to the Rail Control Center and confer with Road Car Inspectors to isolate reported problems.

**Equipment Operation**

19. Perform equipment safety checks prior to departure from a terminal such as ensuring that all the circuit breakers are set to their proper position, and the headlights, horn, and wipers are functional

20. Inspect the interior and exterior condition of stationary trains

19

DEFENDANTS 000172

## Work Train Duties

37.   Observe and listen for signals to proceed, stop or change speed using hand signals, verbal signals, whistles and horns

## Customer Service

38.   Perform a pre-trip inspection (walk through) of the interior of the train prior to departure from the train storage yard to ensure cleanliness and to ensure that each car has the proper climate

39.   Answer questions from customers while the train is stopped in the station.

## Emergency Response

40.   Activate the emergency brake in the event of an emergency

41.   Direct and assist passengers to safely evacuate from the train

42.   Investigate emergencies/accidents to determine the cause and notify Dispatcher/Supervisor/Conductor/RCC of findings

43.   Inspect the train for damage after an emergency occurs

44.   Request that power be removed from the area surrounding the accident/emergency

45.   Listens to instructions from the flagger regarding track switches and signals to proceed, stop or change speed using a two-way radio during "other than front car train operation"

## Platform Duties

46.   Patrol platforms and respond to inquiries from passengers

47.   Direct passengers during repairs or emergency situations

48.   Assist passengers in safely entering and exiting from trains

49.   Assist in the timely dispatch of trains from certain stations

50.   Announce the destination of approaching trains

51.   Stand near car doors when trains stop to see that customers enter and leave the train quickly and safely

DEFENDANTS 000174

52.    Observe closing doors to prevent customers from being struck, or clothing or packages of customers being caught in the closing doors

53.    Prevent unauthorized people from entering or crossing the tracks

<u>JAQ Ability – Decision Rules</u>

If the ability importance mean was 2 or greater **or** the ability frequency mean was equal to or greater than 2, **and** the "day one" frequency was equal to or greater than 51%, the ability remained. The following abilities remained and will be included in the competitive multiple-choice test plan:

- Written Comprehension
- Written Expression
- Problem Sensitivity
- Deductive Reasoning
- Information Ordering
- Spatial Orientation
- Number Facility

The following abilities met the criteria above and will be included in the test plan for the qualifying oral proficiency assessment:

- Oral Comprehension
- Oral Expression
- Short Term Memorization
- Perceptual Speed

Many physical abilities met the above criteria, but may not be included in any of the test plans due to the impracticality of including it on a pre-employment selection instrument. This ability will be assessed during the medical assessment and training program. Candidates will be required to demonstrate this ability after having studied material for examinations that will be administered in the training program. For example, having the ability to climb on a train using three points of contact.

A panel of 28 Train Service Supervisors commenced to examine abilities and correlate them to the Train Operator Job Analysis Questionnaire (JAQ) data. Their survey data stated that every ability was important for the Train Operator exam.

DEFENDANTS 000175

# Job Analysis Report

## Bus Operator, Exam No. 7612

1

DEFENDANTS 000138

## Introduction

A job analysis of the position of Bus Operator commenced in January 2017 by Deanna Incantalupo, an Examiner, with MTA New York City Transit, Dehidanin Cuevas, College Aide, with MTA New York City Transit and Alexander Fisher, Manager, with MTA New York City Transit. The job analysis was conducted to determine the knowledge, skills and abilities that are required to perform the essential functions of the position in order to develop an appropriate examination.

## Job Description

Bus Operators are employed by the Department of Buses and are supervised by Surface Transportation Dispatchers.

Bus Operators, under general supervision, safely and efficiently operate an MTA New York City Transit bus transporting passengers along an assigned route while adhering to a schedule, New York City traffic regulations, New York State laws, and New York City Transit rules and regulations. They ensure the proper payment of fares; issue and collect transfers; ensure the safety of passengers; ensure the safety and security of the assigned bus; perform pre and post-trip inspections; complete various reports; and perform related work.

Some of the physical activities performed by Bus Operators and environmental conditions experienced are: working outdoors in all weather conditions; communicating with customers; walking up and down stairways and ramps; and avoiding hazards in depots; hearing horns, buzzers, and verbal warnings; distinguishing colored lights; seeing and anticipating traffic hazards at a distance and in all directions; making visual inspections of buses; sitting for long periods of time; operating a wheelchair lift; and climbing into and out of an Operator's seat.

## Protective Gear

Bus Operators may be required to wear the Protective Shoes/New York City Transit issued Slip-Proof boots while performing their duties.

## Previous Examination

The previous examination was held on December 14, 2013, December 15, 2013 and January 21, 2014.

## Employment Data

MTA New York City Transit employs approximately 6,144 New York City Transit Bus Operators. Their work assignments are as follows:

DEFENDANTS 000140

<u>Job Analysis Questionnaire</u>

In January 2017, the administration of Job Analysis Questionnaires (JAQs) commenced. JAQs were administered to 280 Bus Operators at various depots. In accordance with accepted psychometric practice, the following decision rules were employed to determine which tasks, abilities and knowledge areas should remain in the test plan.

<u>JAQ Tasks – Decision Rules</u>

If the task importance mean was 2 or greater **or** the task frequency mean was equal to or greater than 2 (the respective midpoints on the scales), the task was deemed to be important and remained. The following tasks remained and will be included on the test:

**Observation**

- Observe traffic signs and signals along the bus route and comply with traffic regulations
- Observe the road for traffic conditions, pedestrians and cyclists and adjust the speed of the bus accordingly
- Monitor gauges and meters that measure speed, fuel, amperage, battery charge, and air pressure in brake-lines
- Recall route detours during an emergency or construction

**Communication**

- Provide travel directions and information regarding bus routes and schedules to passengers
- Report equipment malfunctions to the Dispatcher
- Read and interpret bulletins and directives that are posted on the bulletin board
- Report unusual circumstances and actions taken
- Announce the next bus stop over the public address systems when approaching the stop
- Report delays, mechanical problems and emergencies to the Dispatcher via two-way radio
- Sound the horn to alert motorists, pedestrians and cyclists who are too close to the edge of the sidewalk or in the path of the bus

**Equipment Operation**

- Drive bus through specified routes according to a time schedule
- Stop at bus stops to allow passengers to board and alight the bus

12

DEFENDANTS 000149

- Operate the automatic hydraulic system to lower the bus when passengers are boarding (kneeling)
- Operate the controls for the wheelchair lift for passengers boarding and alighting the bus on a wheelchair
- Operate the controls to open and close the front and back doors when passengers are boarding and alighting the bus
- Utilize Defensive Driving Techniques when boarding and alighting the bus
- Perform a pre-trip inspection of the bus

**Customer Service**

- Inspect the bus for cleanliness and lost items at the end of route
- Assist disabled passengers in securing their wheelchairs using the wheelchair restraints
- Answer questions from passengers while the bus is stopped at the bus stop

**Emergency Response**

- Assist passengers during emergencies and service disruptions
- Report delays or accidents to the Dispatcher
- Inspect the bus for damage after an accident
- Ensure that all passengers evacuate the bus safely during an emergency

JAQ Ability – Decision Rules

If the ability importance mean was 2 or greater **or** the ability frequency mean was equal to or greater than 2, **and** the "day one" frequency was equal to or greater than 51%, the ability remained. The following abilities remained and will be included in the competitive multiple-choice test plan:

- Written Comprehension
- Written Expression
- Short Term Memorization
- Problem Sensitivity
- Deductive Reasoning .
- Inductive Reasoning
- Spatial Orientation
- Visualization
- Customer Service

13

DEFENDANTS 000150

# Job Analysis Report

## Promotion to Track Worker, Exam No. 8704

## Track Worker, Exam No. 8600

DEFENDANTS 000127

## Introduction

A job analysis of the position of Track Worker commenced in June 2017 by Shanelle Blackman (Examiner), Christopher Bhairo (Examiner), Cristopher Hain Prada (Examiner) and Frederick Brack (Supervisor) at MTA New York City Transit. The job analysis was conducted to determine the knowledge, skills and abilities that are required to perform the essential functions of the position in order to develop an appropriate examination.

## Job Description

Track Workers, under supervision, maintain, install, inspect, test, alter, and repair the track and roadway in subway and elevated service under operating conditions. This includes, but is not limited to, the maintenance, installation, inspection, testing, alteration and repair of rails, frogs, switches, ties, plates and insulated joints, and their related adjusting, tamping, welding, grinding, greasing and cleaning. Track Workers perform related work.

Some of the physical activities performed by Track Workers and environmental conditions experienced are: working outdoors in all weather conditions; lifting and carrying tools, equipment and materials weighing up to 95 pounds; working on elevated structures up to 100 feet high; walking along the track way where tripping hazards are present; distinguishing between different colored lighted signals and flags; driving in large spikes with mauls and pulling spikes out with claw bars; and working in a noisy environment near live third rail and in the path of oncoming trains.

## Protective Gear

Track Workers may be required to wear the following protective gear while performing their duties:

Helmet
Protective Shoes/Boots
Safety Glasses
Gloves
Ear Plugs
Orange Luminescent Vest
Flashlight

## Previous Examination

The previous examination was held on held on Saturday, March 23, 2013.

3

DEFENDANTS 000129

**Communication**

17. Receive/give instructions, requests, orders, and information from posted bulletins, memorandums, rules and regulation manuals, coworkers and/or supervisors
18. Participate in group discussions including unit meetings, job briefings, safety meetings
19. Fill out handwritten reports and documents such as G-2, sick forms, timesheets and accident reports, and vacation days forms

<u>JAQ Ability – Decision Rules</u>

If the ability importance mean was 2 or greater **or** the ability frequency mean was equal to or greater than 2, **and** the "day one" frequency was equal to or greater than 51%, the ability remained. The following abilities remained and will be included in the competitive multiple-choice test plan:

- Mechanical Aptitude
- Dial/Gauge Reading
- Written Comprehension
- Written Expression
- Memorization
- Problem Sensitivity
- Deductive Reasoning
- Inductive Reasoning
- Information Ordering
- Spatial Orientation
- Visualization
- Perceptual Speed

The following abilities met the criteria above and will be included in the test plan for a proposed qualifying test:

- Physical ability testing including having the ability to lift 50 lbs.

10

DEFENDANTS 000136