# EXHIBIT "K"

# KENNETH FRILANDO



Home Video Relay Service: 1.347.246.4267
Email: KennethFrilando@gmail.com
U.S. Citizen: Yes

**OBJECTIVE**: To obtain a Graphics Design Specialist and/or related positions in The Port Authority of New York & New Jersey.

## SUMMARY OF QUALIFICATIONS

A skilled technician in visual and multimedia production and applications. Strong analytical and problem solving skills with excellent attention to details. A proven record of working independently and as a team member to accomplish company goals.

## PROFESSIONAL EXPERIENCE

**04/2012 – 06/2012    Apple Visual Graphics (Digital Printing Services)    Long Island City, NY**
*Intern Graphic Designer Specialist*
- Worked as design for food store weekly circular.
- Create and edit signs for print using Adobe Creative Suite 5, Adobe InDesign.
(40 hours/week)

**10/2005 – 02/2006    amfAR, The Foundation for AIDS Research    New York, NY**
*Intern Advertising and Graphic Designer Specialist*
- Developed and designed multimedia print invitations for fund raising events.
- Edited and uploaded 2005 Annual Report to organization's website.
- Researched and conceptualized a website design concept to showcase the organization's mission and services.
(8 hours/week)

**12/2002 – 06/2003    CUNY: LaGuardia Community College    Long Island City, NY**
*Intern Web Designer Specialist*
- Created a Livewire newsletter utilizing Homesite/Dreamweaver editor.
- Edited and updated the official CUNY: LaGuardia Community College's website using standard-based HTML, XHTML and CSS mockups to increase their frequency on multiple web browser versions.
- Developed marketing techniques to communicate the university's mission and services.
- Created multimedia images and graphic designs utilizing Adobe Photoshop.
(16 hours/week)

## EDUCATION

**1/2008    CUNY Baccalaureate Program: New York City College of Technology    Brooklyn, NY**
*Bachelor of Science Degree: Communication Design*

**6/2003    CUNY: LaGuardia Community College    Long Island City, NY**
*Associate in Applied Science Degree: Programming and Systems*

## COURSES & PROJECTS



PLA000035

- Typographic Design I
- Desktop Publishing
- Topics Graphic Design
- Digital Imaging
- Photo Design and GA
- Photo for Design II

- Digital Imaging
- Advertising Design I/II
- Advertising Project I
- Graphic Design Project I
- Typographic Design I/II/III

## COMPUTER SKILLS

Proficient Mac and PC, Google, emails, Internet Microsoft Office, Search Engines, Flickr, Scanner, Printer, and more. social media platforms (Twitter, Facebook, Instagram)

## TECHNICAL SKILLS

Proficient in Mac and PC Operating System, CS4 & CS5, Adobe Photoshop CS3, Adobe Illustrator CS3, Adobe Flash CS3, Adobe InDesign CS3, Advertising Campaigns, Final Cut Studio, HTML, XHTML, CSS, QuarkXPress, Advertising, Corporate Identity, Desktop Publication, Digital Imaging Design, Information Architecture, Layout, Microsoft Access, Microsoft Excel, Microsoft Power, Microsoft Point, Microsoft Publisher, Microsoft Word, Photography, and Structural Analysis Typography.

### Driver License

CDL Class A permit.

## VOLUNTEER EXPERIENCE

**10/2009 – 06/2011    Micro Empowering, Inc.**                                          **New York, NY**
*Volunteer Graphic & Web Designer Specialist*
- Designed multi-media print, electronic posters and invitations for fundraiser events.
- Translated logos into HTML code and built HTML codes to create anchors for designs and titles.
- Created and edited multimedia images and graphic designs using Adobe Creative Suite 3, Adobe Photoshop, Adobe Illustrator and sketched UI wireframes.
- Assisted graphic designers with graphic design concepts to develop customized vertical banners. (5 hours/week)

PLA000036