# EXHIBIT "L"

**From:** Kenneth Frilando [mailto:k.frilando@gmail.com]
**Sent:** Monday, April 2, 2018 10:03 AM
**To:** Exams Unit <ExamsUnit@nyct.com>
**Cc:** Exams Makeups <ExamsMakeups@nyct.com>
**Subject:** Re: MTA Track Worker, Exam No. 8600 (Special Accommodations)

Hi Mr Nirgo,

Okay.   Just want to remind I'm requesting for professional ASL interpreter for instructions and the test questions purposes be on site for the Train Operator's test on Saturday morning.

My first language is American Sign Language.


Thanks,


On Tue, Mar 13, 2018 at 11:43 AM, Exams Unit <ExamsUnit@nyct.com> wrote:

Hi Mr. Frilando,

Since your accommodations require considerable planning and coordination, please let us know when you are not available during the months of April and May. We are not able to schedule your tests before then, but if we know your availability, we can try to work out testing dates and times that work for everyone.


Thank you,

**Michael Nigro**
**Manager, Exam Administration**
**Personnel Testing, Selection and Classification**
**Division of Human Resources**
180 Livingston Street, Room 4070 | Brooklyn, NY 11201
<image002.jpg>

**From:** Kenneth Frilando [mailto:k.frilando@gmail.com]
**Sent:** Monday, March 12, 2018 5:01 PM

**To:** Exams Unit <ExamsUnit@nyct.com>
**Cc:** Exams Makeups <ExamsMakeups@nyct.com>
**Subject:** Re: MTA Track Worker, Exam No. 8600 (Special Accommodations)

Hi Mr. Nigro,

Okay.  However. Depend on my tight schedule. Because I have too many appointments and vacations next month, August and September.

Thanks.

On Mon, Mar 12, 2018 at 4:34 PM, Exams Unit <ExamsUnit@nyct.com> wrote:

> Thank you, Mr. Frilando.
>
> We have now received your emailed request for ASL Interpretation Services **and** extended time on the multiple-choice tests for the following exams:
>
> - Bus Operator, Exam No. 7105 (Originally-scheduled test date: 12/19/17)
> - Train Operator, Exam No. 7604 (Originally-scheduled test date: 5/20/17)
> - Track Worker, Exam No. 8600 (Originally-scheduled test date: 4/7/18)
>
> We will contact you soon with your test scheduling confirmations, including test times, durations, locations, and specific details pertaining to your special testing accommodations.
>
>
> Thank you,
>
> **Michael Nigro**
> **Manager, Exam Administration**
> **Personnel Testing, Selection and Classification**
> **Division of Human Resources**
> **180 Livingston Street, Room 4070 | Brooklyn, NY 11201**
> <image002.jpg>
>
> **From:** Kenneth Frilando [mailto:k.frilando@gmail.com]
> **Sent:** Monday, March 12, 2018 3:18 PM
> **To:** Exams Unit <ExamsUnit@nyct.com>
> **Cc:** Exams Makeups <ExamsMakeups@nyct.com>
> **Subject:** Re: MTA Track Worker, Exam No. 8600 (Special Accommodations)
>
> Hello Mr. Nigro,
>
> Thanks for the respond. Yes I am requesting additional time to take these test and professional ASL interpreter for instructions and the test questions purposes be on site for the these tests.
>
> My American Sign Language is the first language and an English is a second language.
>
> Thanks,

On Thu, Mar 8, 2018 at 8:39 AM, Exams Unit <ExamsUnit@nyct.com> wrote:

> Hello Mr. Frilando,
>
> We have received your emailed requests, and we are in the process of planning your accommodation(s) for the multiple-choice tests for the following exams:
>
> - Bus Operator, Exam No. 7105 (Originally-scheduled test date: 12/19/17)
>
> - Train Operator, Exam No. 7604 (Originally-scheduled test date: 5/20/17)
>
> - Track Worker, Exam No. 8600 (Originally-scheduled test date: 4/7/18)

5

We understand that you are requesting an American Sign Language (ASL) Interpreter, but could you please confirm whether you are also requesting additional time to take these tests?

Thank you,

**Michael Nigro**
**Manager, Exam Administration**
**Personnel Testing, Selection and Classification**
**Division of Human Resources**
180 Livingston Street, Room 4070 | Brooklyn, NY 11201
<image002.jpg>

**From:** Kenneth Frilando [mailto:k.frilando@gmail.com]
**Sent:** Thursday, March 8, 2018 7:30 AM
**To:** Exams Unit <ExamsUnit@nyct.com>
**Subject:** MTA Track Worker, Exam No. 8600 (Special Accommodations)

Whom It May Concern:

I haven't hear from you since I sent you message with these attachments an email last week.

This my second email regarding a special Accommodations for American Sign Language interpreter. I need for the Bus Operator, Exam No. 7105 begin given on April 07th, 2018. Please advise.

Thanks.

---------- Forwarded message ----------
From: **Kenneth Frilando** <k.frilando@gmail.com>
Date: Thu, Mar 1, 2018 at 6:36 PM
Subject: MTA Track Worker, Exam No. 8600 (Special Accommodations)
To: Exams Makeups <examsmakeups@nyct.com>

Whom It May Concern:

My name is Kenneth Frilando.  I was receiving MTA New York City Transit letter today   I take the MTA Track Worker, Exam No. 8600 on April 07th, 2018  I am request special accommodations.

I'm requesting for professional ASL interpreter for instructions and the test questions purposes be on site for the Train Operator's test.

My first language is American Sign Language. Please view attached support documents.

Thanks,

Kenneth Frilando