# EXHIBIT "M"

re: Kenneth Frilando

**Lawrence J Marino, MD**
JHMC Howard Beach Medical
156-10 Cross Bay Blvd
Howard Beach NY 11414
Phone: 718-323-3589
Fax: 718-323-3592

1/22/15

To whom it may concern,

Please note that as the result of his disability, Mr Frilando will need some additional time to complete his DCAS testing — thank you in advance for your attention to this matter.

Sincerely,

*[signature]*

Lawrence Marino, M.D.
156-10 Crossbay Blvd.
Howard Beach, N.Y. 11414

DEFENDANTS 000312