UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────────┐
│                                      │
│  FRILANDO,                           │
│                                      │
│          Plaintiff,                  │
│                                      │
│          -against-                   │
│                                      │
│  NEW YORK CITY TRANSIT               │
│  AUTHORITY et al.,                   │
│                                      │
│          Defendants.                 │
│                                      │
└─────────────────────────────────────┘
```

18-cv-5204 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.

At the joint request of the parties, trial in the above-captioned matter is hereby adjourned to October 5, 2020 at 9:30 am.

SO ORDERED.

Dated:   New York, NY

June 12, 2020

_____
United States District Judge

1