UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KENNETH FRILANDO,

        Plaintiff,

        -against-

NEW YORK CITY TRANSIT AUTHORITY,
& MANHATTAN AND BRONX SURFACE
OPERATING AUTHORITY,

        Defendants.
------------------------------------------------------------X

**ORDER**

18-CV-5204 (JSR) (KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

    IT IS HEREBY ORDERED that the settlement conference scheduled previously in the above-captioned action for July 23, 2020, shall be held on September 29, 2020, at 10:30 a.m.

Dated: New York, New York
       July 20, 2020

SO ORDERED:

_Kevin Nathaniel Fox_
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE