UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH FRILANDO,<br><br>          Plaintiff,<br><br>     -against-<br><br>NEW YORK CITY TRANSIT AUTHORITY and MANHATTAN AND BRONX SURFACE OPERATING AUTHORITY,<br><br>          Defendants. | 18-cv-5204 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

Plaintiff in the above-captioned matter is directed to file electronically a redacted version of Plaintiff's Post-Trial Brief. The unredacted brief, ECF No. 95, will be maintained under seal pending further order of the Court.

SO ORDERED.

Dated:   New York, NY

         November 4, 2020                    _____
                                             JED S. RAKOFF, U.S.D.J.

1