UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
KENNETH FRILANDO,

                Plaintiff,                        18 **CIVIL** 5204 (JSR)

      -against-                        **JUDGMENT**

NEW YORK CITY TRANSIT
AUTHORITY, *et al.*,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Findings of Fact and Conclusions of Law dated January 13, 2021, final judgment is entered in favor of Defendants and the case is dismissed.

**Dated:** New York, New York
          January 13, 2021

                                                   **RUBY J. KRAJICK**
                                                   _____
                                                      **Clerk of Court**
                            **BY:**
                                                       _____
                                                      **Deputy Clerk**